■ In the Matter of DEPARTMENT OF SOCIAL SERVICES, on Behalf of SASHA Q., et al., Appellant. MARIO Q., Respondent. [644 NYS2d 990]

The order of protection directed the father "to refrain from

having absolutely any contact with his daughter". Nevertheless, the father on several occasions visited the mother's house with the daughter present, drove his daughter home from a Family Court appearance, and engaged in several half-hour visits with his daughter.

Accordingly, the evidence adduced at the hearing established that the father violated the order of protection willfully and without just cause (see, Family Ct Act § 1072). Bracken, J. P., O'Brien, Joy and Goldstein, JJ., concur.